BEFORE THE THIRD DIVISION, MAY 23, 1949

**No. 53173.**—Sunrise Distributing Co. et al. *v.* United States, protests 108702–K/91502, etc. (Chicago).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained. The protests were overruled in all other respects.

**No. 53174.**—"21" Brands, Inc. *v.* United States, protests 109027–K, etc. (New York).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained. The protests were overruled in all other respects.

**No. 53175.**—Chong Kee Jan & Co. et al. *v.* United States, protests 984909–G, etc. (San Francisco).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53176.**—Pacific Beverage Distributors, Ltd., et al. *v.* United States, protests 993055–G, etc. (Los Angeles and San Francisco).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53177.**—Hudson Shipping Co., Inc., et al. *v.* United States, protests 68723–K, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53178.**—Joseph S. Finch & Co. and Schenley Distributors, Inc. *v.* United States, protests 137850–K and 115872–K (Pittsburgh).

Opinion by JOHNSON, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained. The protests were overruled in all other respects.